FILED

08/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0287

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0287

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CODY WAYNE JOHNSTON,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 11, 2024, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 5 2024